IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| NATIONAL PHYSICIANS HOLDING COMPANY, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No. |
| v. | : | 7:09-cv-21 (HL) |
| | : | |
| MIDDLEBURY EQUITY PARTNERS, LLC., et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Court has conferred by telephone concerning the scheduling of a status conference with attorneys for Defendants Middlebury Equity Partners, LLC and Todd Enright. The discovery conference scheduled for August 3, 2010 in Macon, Georgia is canceled.

**SO ORDERED**, this the 30th day of July, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc