IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| NATIONAL PHYSICIANS HOLDING COMPANY, et al., : : : Plaintiffs, : : v. : : MIDDLEBURY EQUITY PARTNERS, LLC, et al., : : : Defendants. : | Civil Action No. 7:09-CV-21 (HL) |

## ORDER

The Court amends its order granting the parties' motion to stay (Doc. 78). The Court incorrectly stated in the order that Defendant Todd M. Enright had not filed a notice of his bankruptcy filing. Mr. Enright, in fact, filed on July 27, 2010 (Doc. 72), notice of his bankruptcy filing.

Accordingly, pursuant to 11 U.S.C. § 362(a)(1), this case is automatically stayed against Mr. Enright. The stay against him is not affected by the Court's order staying the case as to all other parties for thirty days (Doc. 78). The stay against Mr. Enright will be in effect until there is a ruling from the bankruptcy court lifting the stay.

**SO ORDERED**, this the 4th day of August, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc