**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| NATIONAL PHYSICIANS HOLDING COMPANY, et al., | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | 7:09-cv-21(HL) |
| v. | : | |
| | : | |
| MIDDLEBURY EQUITY PARTNERS, LLC., et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |
| _____ | : | |

## ORDER

Before the Court is the status report of Defendant Middlebury Equity Partners, LLC ("Middlebury") (Doc. 85). Middlebury asks the Court in its report to continue the stay in this case until the bankruptcy matter involving Defendant Todd Michael Enright ("Enright") is resolved. The Plaintiffs have not filed a response to Middlebury's request to continue the stay.

In its September 17, 2010 order the Court indicated that continuing the stay would be likely since it makes sense to proceed with this case only once all the Defendants are able to participate. The order also stated that the Court would consider lifting the stay if the Plaintiffs asked to do so based on a desire to promptly resolve their case.

After considering the information before it, the Court believes continuing the

stay in this case is appropriate.  The bankruptcy matter involving Enright is pending

and he remains unable to participate.  Enright is affiliated with Middlebury.  With two

Defendants' abilities to participate in the case compromised, it is not in the best

interest of judicial economy to proceed with the case against the remaining

Defendants. No reason has been given by the Plaintiffs to lift the stay.

Accordingly, the stay in this case will remain in effect until the Enright

bankruptcy matter is concluded.  Enright is ordered to file a written notice informing

the Court that the bankruptcy matter has ended within one week of the bankruptcy

matter concluding.

**SO ORDERED**, this the 17th day of November, 2010.

> *s/   Hugh Lawson*
> **HUGH LAWSON, SENIOR JUDGE**

lmc