# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**NATIONAL PHYSICIANS HOLDING COMPANY**, *et al.*,

    Plaintiffs,

v.

**MIDDLEBURY EQUITY PARTNERS, LLC,** *et al.*,

    Defendants.

Civil Action 7:09-CV-21 (HL)

## ORDER

This case was filed in February 2009 and has been stayed since August 4, 2010 because Defendant Todd Enright is involved in a bankruptcy proceeding. The Court orders the parties to file a status report no later than March 8, 2013 stating the current state of the bankruptcy proceeding against Mr. Enright and giving some indication of when the case will move forward.

**SO ORDERED**, this 1st day of March, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr