IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**NATIONAL PHYSICIANS HOLDING COMPANY, et al.**,

    Plaintiffs,

v.

**MIDDLEBURY EQUITY PARTNERS, LLC, et al.**,

    Defendants.

Civil Action No. 7:09-CV-21 (HL)

## ORDER

This case was filed in February 2009 and has been stayed since August 4, 2010 because Defendant Todd Enright is involved in a bankruptcy proceeding. The Court orders the parties to file a status report no later than February 24, 2014 stating the current state of the bankruptcy proceeding against Mr. Enright and giving some indication of when the case will move forward.

**SO ORDERED**, this the 10th day of February, 2014.

                *s/ Hugh Lawson*
                **HUGH LAWSON, SENIOR JUDGE**

scr