# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**NATIONAL PHYSICIANS HOLDING COMPANY, et al.,**

    Plaintiffs,

v.

**MIDDLEBURY EQUITY PARTNERS, LLC, et al.**,

    Defendants.

Civil Action No. 7:09-CV-21 (HL)

## ORDER

Following a telephone conference with counsel for the parties on March 20, 2014, the Court orders the parties to report on the status of settlement negotiations no later than April 3, 2014.

**SO ORDERED**, this the 21st day of March, 2014.

                        *s/ Hugh Lawson*
                        **HUGH LAWSON, SENIOR JUDGE**

scr