**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **NATIONAL PHYSICIANS HOLDING COMPANY, et al.,** | |
| Plaintiffs, | |
| v. | Civil Action No. 7:09-CV-21 (HL) |
| **MIDDLEBURY EQUITY PARTNERS, LLC, et al.,** | |
| Defendants. | |

**ORDER**

The Court having been advised that the only Defendants remaining in this lawsuit, Todd M. Enright and Middlebury Equity Partners, LLC, have reached a settlement with Plaintiffs that involves payments over a period of two years, and the parties having requested that the Court hold this case in inactive status during the period of such payments, IT IS HEREBY ORDERED:

The clerk is directed to retain this case until further order of the Court. Counsel for the parties are directed to notify the Court promptly if the required settlement terms are not satisfied. If the required payments are made timely and in full, counsel for the parties are directed to promptly file a stipulation of dismissal, which stipulation must be filed not later than June 12, 2016.

**SO ORDERED**, this the 12th day of June, 2014.

**_s/ Hugh Lawson_**
**HUGH LAWSON, SENIOR JUDGE**

APPROVED AS TO FORM:

/s/ William G. Leonard
William G. Leonard
Georgia Bar No. 446912
Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia  30339
Telephone:  (770) 434-6868
Facsimile:  (770) 434-7376
*Attorneys for Plaintiffs*

/s/ Robert F. O'Neill
Robert F. O'Neill, Esq.
Gravel and Shea
76 St. Paul Street, 7th Floor
P. O. Box 369
Burlington, VT 05402-0369
Telephone: (802) 658-0220
*Attorneys for Defendants Middlebury Equity Partners, LLC and Todd Enright*